## TOLEDO (city) v CUMMINGS

### Ohio Supreme Court

### No· 21496. Decided May 29, 1929

Syllabus by MATTHIAS, J.
**MUNICIPAL CORPORATIONS**

(360 N) The provisions of **3714 GC**, do not impose upon municipalities the duty of maintaining guards or other means to prevent persons from entering the waters of ponds, lakes or streams within its boundaries, which are not maintained as bathing places and to enter which no invitation express or implied has been extended; or create a liability for failure so to do.

Marshall, CJ, Kinkade, Robinson, Jones, Day and Allen, JJ, concur.